W. Zev Abramson, Esq. #289387
wza@abramsonlabor.com
Nissim M. Levin, Esq. #306376
Nissim@abramsonlabor.com
Christina Begakis, Esq. #316779
Christina@abramsonlabor.com
**ABRAMSON LABOR GROUP**
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
(213) 493-6300 - Telephone
(213) 382-4083 - Facsimile

Attorneys for Plaintiff,
LAMONT ANDREWS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT ANDREWS, an individual,<br><br>Plaintiff<br>vs.<br><br>MCLANE COMPANY, INC., a Corporation; MCLANE FOODSERVICE, INC., a Corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 2:20-cv-02526-MCE-AC<br><br>**STIPULATION TO CORRECT CAPTION AND IDENTIFY TRUE NAME OF PARTIES; DISMISSAL WITHOUT PREJUDICE; AND ORDER THEREON** |

Plaintiff Lamont Andrews and Defendants McLane Foodservice, Inc. and McLane Company, Inc. (collectively the "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on November 24, 2020, Plaintiff filed his Complaint in the Superior Court of California, County of San Joaquin, naming McLane Foodservice, Inc. and McLane Company, Inc as Defendants;

WHEREAS, on December 22, 2020, the matter was removed to this Court on diversity of citizenship grounds pursuant to 28 U.S.C. §§ 1332 and 1441.

WHEREAS, on March 9, 2021, the Parties met and conferred and Plaintiff's employer was identified as McLane Foodservice, Inc.;

1 | The parties desire to enter into this stipulation to correct the pleadings in Plaintiff's complaint and identify the true parties in this matter.

IT IS HEREBY STIPULATED by and between the parties that the true identity of Plaintiff's employer and Defendant herein is MCLANE FOODSERVICE, INC.

Accordingly the parties request that Defendant MCLANE COMPANY, INC. be dismissed without prejudice and the caption and the clerk's docket be corrected to reflect the true name of Defendant to be reflected as duly noted herein. Defendant MCLANE FOODSERVICE, INC. does not waive any defenses by virtue of entering into this stipulation.

IT IS SO STIPULATED,

DATED: May 10, 2021            **ABRAMSON LABOR GROUP**

By: _/s/ Christina Begakis_____
    Nissim Levin, Esq.
    Christina Begakis, Esq.
    Attorneys for Plaintiff

DATED: May 10, 2021            **OGLETREE, DEAKINS, NASH,**

**SMOAK & STEWART, P.C.**

By: __/s/ Andrew Massara (authorized on 5/10/21)_____
    Danielle Ochs, Esq.
    Andrew Massara, Esq.
    Attorneys for Defendants

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The parties having so stipulated and good cause appearing, Defendant MCLANE |
| 3 | COMPANY, INC. is hereby dismissed without prejudice and the docket shall be corrected to |
| 4 | include the to reflect the true name of Defendant to MCLANE FOODSERVICE, INC. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: May 12, 2021 |

_[Signature]_
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE