DANIELLE OCHS, CA Bar No. 178677
danielle.ochs@ogletree.com
KATHERINE A. MANUEL, CA Bar No. 340838
katherine.manuel@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:     415-442-4810
Facsimile:      415-442-4870

Attorneys for Defendants
MCLANE COMPANY, INC. and
MCLANE FOODSERVICE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT ANDREWS, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>MCLANE COMPANY, INC., a Corporation;<br>MCLANE FOODSERVICE, INC., a<br>Corporation; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-002526-MCE-AC<br><br>**STIPULATION AND ORDER RE JOINT STATUS REPORT AND RULE 26(F) DISCOVERY PLAN**<br><br>Complaint Filed:  2020-11-24<br>Trial Date:         None Set<br>Judge:              Hon. Morrison C. England, Jr. |

**STIPULATION**

On March 4, 2021, Plaintiff Lamont Andrews ("Plaintiff") and Defendants McLane Company, Inc. and McLane Foodservice, Inc. (collectively, "Defendants") (Plaintiff and Defendants are referred to as the "Parties") submitted a Joint Status Report and Rule 26(f) Discovery Plan ("Joint Status Report") to the Court including deadlines for this matter. (*See* ECF No. 5.) The Parties stipulate and agree that these deadlines have and will continue to apply to the pending litigation. Specifically, the Parties SO STIPULATE:

    1.    Fact discovery closed on December 21, 2021;

    2.    Expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) must be made on or before February 18, 2022; and

    3.    Dispositive motions must be heard by the Court on or before June 17, 2022.

DATED:  February 17, 2022        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Katherine A. Manuel
DANIELLE OCHS
KATHERINE A. MANUEL
Attorneys for Defendants
MCLANE COMPANY, INC. and
MCLANE FOODSERVICE, INC.

DATED:  February 17, 2022        ABRAMSON LABOR GROUP

By:  /s/ Christina Begakis
W. ZEV ABRAMSON
CHRISTINA BEGAKIS
Attorneys for Plaintiff
LAMONT ANDREWS

**ORDER**

Having considered the Joint Status Report and Rule 26(f) Discovery Plan (ECF No. 5) and the Parties' Stipulation above, and good cause appearing therefore, the Court adopts the deadlines set forth in the Joint Status Report.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that: (1) Fact discovery closed on December 21, 2021; (2) Expert witness disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2) must be made on or before February 18, 2022; and (3) Dispositive motions must be heard by the Court on or before June 17, 2022.

IT IS SO ORDERED.

Dated:  February 24, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE