Nissim M. Levin, Esq. #306376
Nissim@abramsonlabor.com
Christina Begakis, Esq. #316779
Christina@abramsonlabor.com
**ABRAMSON LABOR GROUP**
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010
(213) 493-6300 - Telephone
(213) 382-4083 - Facsimile

Attorneys for Plaintiff,
LAMONT ANDREWS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT ANDREWS, an individual, <br><br> Plaintiff <br><br> vs. <br><br> MCLANE COMPANY, INC., a Corporation; MCLANE FOODSERVICE, INC., a Corporation; and DOES 1-100, inclusive <br><br> Defendants. | Case No.: 2:20-CV-02526-MCE-AC <br><br> **JOINT STIPULATION DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Plaintiff LAMONT ANDREWS ("Plaintiff") and Defendants MCLANE FOODSERVICE, Inc. and MCLANE COMPANY, INC. ("Defendants") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rules of Civil Procedure, Rule 41(a), the Parties agree that Plaintiff's Complaint and this entire action can and should be dismissed with prejudice in consideration of a negotiated settlement executed by them.

THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be and hereby is

dismissed with prejudice, and that each party shall bear his and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED**.

DATED: May 19, 2022          **ABRAMSON LABOR GROUP**

By: __/s/ Christina Begakis_____
    Nissim Levin, Esq.
    Christina Begakis, Esq.
    Attorneys for Plaintiff

DATED: May 19, 2022          **OGLETREE, DEAKINS, NASH,**

**SMOAK & STEWART, P.C.**

By: _____/s/Katherine Manuel_____
    Heidi Kim, Esq.
    Katherine Manuel, Esq.
    Attorneys for Defendants

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 131(e), I attest that concurrence in the efiling of this document has been obtained from the other signatory.

DATED:   May 19, 2022                              By: /s/ Christina Begakis, Esq.